AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/20/2025
Clerk, U.S. District Court
Western District of Texas
By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -05815(1) - MAT |
| | § |
| (1) OMAR RUIZ-GONZALEZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 16, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title __8__ United States Code, Section(s) __1326(a)__

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Omar RUIZ-Gonzalez, an alien to the United States and a citizen of Mexico was found approximately 1.69 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas.  From statements made

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PONCE, CESAR
Signature of Complainant
Border Patrol Agent

October 20, 2025          at   EL PASO, Texas
Date                                City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -05815(1)

WESTERN DISTRICT OF TEXAS

(1) OMAR RUIZ-GONZALEZ

FACTS   (CONTINUED)

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on July 10, 2024, through El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on July 10, 2024, through EL PASO, TX


CRIMINAL HISTORY:
11/28/2012, El Paso, Texas, Possession of Marijuana(M), CNV, 36 Days Jail, 12 Months Supervised Release .